B. VASALDÚA & Co., Petitioner and Appellant, v. MUNICIPAL COURT OF SAN JUAN (FIRST SECTION), Respondent; PLAZA PROVISION Co., Intervener and Appellee.

No. 5653. Argued December 8, 1931.—Decided July 29, 1932.

*Largé & Acevedo* for appellant. *Carlos J. Torres* for the intervener-appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

The fundamental difficulty in this case was that the Plaza Provision Co. instead of suing a supposed debtor by its actual name brought suit in the municipal court against Colmado Santa Teresita. Goods were attached and B. Vasaldúa & Co.

intervened to recover the goods. The municipal court held that there was an appearance and hence a waiver of lack of jurisdiction or a submission. It did not clearly appear that B. Vasaldúa & Co. was the person trading as Colmado Santa Teresita. The amount involved was about $100.

B. Vasaldúa & Co. obtained a writ of certiorari from the district court. The latter subsequently annulled the writ substantially on the same grounds as the municipal court. An appeal was then taken to this Court.

We shall not attempt to decide whether or not the municipal court acquired jurisdiction. It is evident that B. Vasaldúa & Co. having been made a party in the suit of the Plaza Grocery could have appealed. Hence, although a matter of jurisdiction was involved, the certiorari in the exercise of a sound discretion should have been denied or the writ annulled because an appeal lay.

The judgment should be affirmed.